UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SERHII PULATOV,                                  )
                                                 )
                      Petitioner,                )
                                                 )
              v.                                 )    No. 1:26-cv-01107-JPH-TAB
                                                 )
MARKWAYNE MULLIN, *et al.*,                      )
                                                 )
                      Respondents.               )

**ORDER DIRECTING ENTRY OF FINAL JUDGMENT**

Serhii Pulatov, a noncitizen, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he challenged his detention at the Marion County Jail. On July 13, 2026, the Court granted the petition and ordered Respondents to either: (1) provide Mr. Pulatov with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its regulations; or (2) release him from custody, under reasonable conditions of supervision. Dkt. 10. Respondents had until 5:00 p.m. on July 20, 2026, to comply with the order.

Because Mr. Pulatov was moved from the Marion County Jail to the Clay County Jail after filing the petition, the Court withheld final judgment until Mr. Pulatov's new immediate custodian, Brison Swearingen, had been served and given an opportunity to answer the petition. *Id.* at 15. He had until July 16, 2026, to do so. *Id.* That deadline has passed with no response from Mr. Swearingen.

1

On July 16, 2026, Respondents held a hearing before an immigration judge, which resulted in Mr. Pulatov being granted release on bond. Dkt. 11.

In light of the above, the **clerk is directed** enter **final judgment**.

**SO ORDERED**.

Date: 7/22/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel